# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| ZACHARY STANLEY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.: 2:21-cv-02021 |
| MINUTE KEY, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff stipulates to the dismissal of the action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 21st day of May, 2021.

By: /s/ J. Luke Sanderson
J. Luke Sanderson #35712
Attorney for Plaintiff
208 Adams Avenue
Memphis, TN 38103
Tel: (901) 523-1844
luke@wcwslaw.com