IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ZACHARY STANLEY,  Individually and on behalf of all  Others Similarly Situated,    Plaintiff, | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) Case No. 2:20-cv-02021-JTF-tmp |
| MINUTE KEY, INC.,    Defendant. | )<br>)<br>)<br>)<br>) |

# JUDGMENT

Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed without Prejudice pursuant to Fed. R. Civ. P. 41(a) in accordance with the Stipulation of Dismissal entered by the Plaintiff on May 21, 2021 and Order of Dismissal entered on the same date.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

May 21, 2021
DATE

s/Lorri J. Fentress
(BY) LAW CLERK